UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23451-Civ-COOKE/TORRES

DAYELIN ARTILES,

    Plaintiff,

vs.

BRINKER INTERNATIONAL, INC.
d/b/a CHILI'S,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before me upon the parties' Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice as to Defendant Brinker International, Inc. d/b/a Chili's ("Motion for Approval") (ECF No. 14).

I have reviewed the Motion for Approval, record, and the Settlement Agreement and Release of FLSA Claims ("Settlement Agreement"), in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). I find that the Settlement Agreement is a fair and reasonable compromise of a bona fide dispute over FLSA provisions.

In their Motion for Approval, the parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice as to Defendant Brinker International, Inc. d/b/a Chili's ("Motion for Approval") (ECF No. 14) is **GRANTED**;
2. The Settlement Agreement and Release of FLSA Claims is **APPROVED;**
3. This case is **DISMISSED** *with prejudice*.
4. All pending motions, if any, are **DENIED** *as moot*; and

**DONE and ORDERED** in chambers at Miami, Florida, this 31st day of October 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*